(Post 11/2015)



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
____Delta____ DIVISION

Johnny Harris
_____

_____

(Name of plaintiff or plaintiffs)

v.  CIVIL ACTION NO. 2:21-CV-00137-BSM
(case number to be supplied by the assignment clerk)

This case assigned to District Judge Miller
and to Magistrate Judge Volpe

Wehco Video, Inc.
_____

_____

(Name of defendant or defendants)

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Johnny Harris, is a
(name of plaintiff)
citizen of the United States and resides at 130 Maribeth St,
(street address)
Forrest City, St. Francis, Arkansas, 72335,
(city)     (county)     (state)     (ZIP)
(870)270-9565.
(telephone)

3. Defendant, Wehco Video, Inc., lives at, or its
(name of defendant)
business is located at 115 E. Capitol Ave, Little Rock,
(street address)     (city)
Pulaski, Arkansas, 72201.
(county)     (state)     (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at <u>4804 N. Washington St.</u>, <u>Forrest City</u>,
     (street address)       (city)
<u>St. Francis</u>, <u>Arkansas</u>, <u>72335</u>.
 (county)  (state)   (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about <u>January 21 2021</u>.
           (month) (day) (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about <u>July 12 2021</u>.
           (month) (day) (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on <u>July 21 2021</u>, a copy of which notice
         (month) (day) (year)
is attached to this complaint.

8. Because of plaintiff's (1) <u> X </u> race, (2) <u>  </u> color, (3) <u>  </u> sex, (4) <u>  </u> religion, (5) <u>  </u> national origin, defendant:

  (a) <u>  </u> failed to employ plaintiff.

  (b) <u>  </u> terminated plaintiff's employment.

  (c) <u>  </u> failed to promote plaintiff.

  (d) <u>Retaliated</u> against the Plaintiff for his allegation of racial discrimination and for his filing of a charge with the EEOC alleging racial discrimination and retaliation against the Defendant.

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: In June of 2020 the Plaintiff complained to his supervisors that he was being discriminated against on account of his race. In August of 2020 the Plaintiff filed a complaint with EEOC that alleged racial discrimination and retaliation by Defendant. After the Plaintiff's complaint his supervisors, Don Deem and Lori Haight implemented a scheme to prevent the Plaintiff from making his sales quotas and thereby greatly reduced his income and caused him to not make his required performance goals and then used that as the basis to deny Plaintiff pay of approximately $6,000.00 in base salary and vehicle expense reimbursements. Plaintiff was then informed that he would have to work another 6 months without base salary and expenses.

10. The acts set forth in paragraph 9 of this complaint:

    (a) _____ are still being committed by defendant.

    (b) \_\_**X**\_\_ are no longer being committed by defendant.

    (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, and

    (b) \_\_**X**\_\_ Defendant be directed to re-employ plaintiff, and

    (c) _____ Defendant be directed to promote plaintiff, and

    (d) _____ Defendant be directed to _____

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

                                                                                     _\[signature\]_

                                                                     SIGNATURE OF PLAINTIFF